No. 03–9824.  HERNANDEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–9825.  HARRIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9828.  HASSON, AKA GALERA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–9830.  GOODWIN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 03–9832.  GREENE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–9847.  HIRSCH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9852.  TINDLE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–9853.  YOUNG v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–9857.  COOPER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–9867.  VARGAS-CORTEZ v. UNITED STATES; HERRERA-SUSTAITA v. UNITED STATES; and ESCAMILLA-TORRES, AKA ESCAMILLA, AKA GARZA, AKA GZRZA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9869.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–9873.  BARLOW v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–9886.  BEAR CHILD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–1198.  FLORIDA v. ARMSTRONG.  Sup. Ct. Fla.  Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.